**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CRIMINAL DOCKET NO.: 3:99CR165-10-V**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **DARRYL PATTERSON,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

     **THIS MATTER** comes before the Court on its own motion for purposes of amending

the previous scheduling order with respect to the date of resentencing.

     **IT IS, THEREFORE, ORDERED THAT:**

     1) Defendant shall appear for re-sentencing before the undersigned in the Charlotte

Division on **Friday, January 27, 2006 at 11:30 a.m.**;

     3) The Deputy Clerk shall deliver a copy of this Order to Defendant, Defense

Counsel, U. S. Attorney's Office, U. S. Marshal, U. S. Probation, and the Courtroom

Deputy.

**Signed: October 31, 2005**

Richard L. Voorhees
United States District Judge

**Signed: January 10, 2006**

Richard L. Voorhees
United States District Judge