**RECEIVED**
CHARLOTTE, N.C.

JAN 2 3 2006

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.  3:99CR165 |
| | ) | |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | SENTENCING EXHIBIT |
| | ) | |
| DARRYL PATTERSON | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that Sentencing Exhibit 3, Joint Appendix, Volume II in this case be sealed;

NOW THEREFORE IT IS ORDERED that the Sentencing Exhibit 3, Joint Appendix, Volume II, and the Motion and this Order issued pursuant to the Motion be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 2nd day of FEB. 2006.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE